Submitted on record and briefs July 6, reversed August 15, 2007

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## EDWARD T. WASHINGTON,
*Defendant-Appellant.*

Multnomah County Circuit Court
050545423; A130430

166 P3d 575

▆▆▆▆▆▆▆▆▆

Ingrid Swensen, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

▆▆▆▆▆

## PER CURIAM

Defendant appeals his conviction for carrying a concealed weapon, ORS 166.240. He assigns error to the trial court's denial of his motion for a judgment of acquittal. According to defendant, the knife he was carrying was not a "dirk" or "dagger" for purposes of the statute. The state concedes that, under *State v. McJunkins*, 171 Or App 575, 15 P3d 1010 (2000), the evidence was insufficient to support defendant's conviction. We agree and accept the state's concession.

Reversed.